BOARD OF THE BLACK RIVER REGULATING DISTRICT, Appellant, *v.* ADIRONDACK LEAGUE CLUB, Respondent.

Argued October 3, 1955; decided October 13, 1955.

*Charles H. Tuttle* for motion to dismiss appeal.

*Daniel Scanlon* and *Russell Wright* opposed.

*Jacob K. Javits, Attorney-General* (*James O. Moore* and *Richard H. Shepp* of counsel), for motion.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.

Motion for adjournment of argument dismissed.